IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISAAC JUSTINIANO,<br>　　　　Petitioner, | )<br>)　Civil Action No. 13-343 Erie<br>) |
| v. | )　District Judge Nora Barry Fischer<br>)　Magistrate Judge Susan Paradise Baxter |
| BOBBY L. MEEKS,<br>　　　　Respondent. | )<br>) |

## MEMORANDUM ORDER

This action, filed pursuant to 28 U.S.C. § 2241, was referred to United States Magistrate Judge Susan Paradise Baxter for a report and recommendation in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Local Rules for Magistrate Judges. On April 28, 2014, the Magistrate Judge issued a Report and Recommendation [ECF No. 9] in which she recommended that the petition be denied. Objections were filed by the petitioner on May 9, 2014. [ECF No. 10]. After *de novo* review of the petition and documents in this case, together with the Report and Recommendation and Objections thereto, the following order is entered:

AND NOW, this 13th day of May, 2014;

IT IS HEREBY ORDERED that the petition for a writ of habeas corpus is DENIED. The Report and Recommendation [ECF No. 9] is adopted as the opinion of the Court. The Clerk is directed to mark the case CLOSED.

　　　　　　　　　　　　　　　　　　　　*s/Nora Barry Fischer*
　　　　　　　　　　　　　　　　　　　　Nora Barry Fischer
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc/ecf:　All counsel of record.
cc:　　　ISAAC JUSTINIANO, *pro se*
　　　　USM # 16186-055
　　　　FCI McKean
　　　　Inmate Mail/Parcels
　　　　P.O. BOX 8000
　　　　BRADFORD, PA 16701